**Exhibit A to the Complaint**

**Location:** Los Angeles, CA  
**Total Works Infringed:** 198

**IP Address:** 104.173.214.209  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4E63CF04809C917D6DD242980DC1525FEAFC588F | Blacked | 09/08/2018 04:19:09 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 2 | 00C636D16E72BBAAD14A0BC8284F487225DF51A4 | Blacked Raw | 11/14/2017 07:30:15 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 3 | 01803C654FBB1DB6CA3F00CDB3615E0B0BD30FA1 | Tushy | 08/07/2017 05:31:49 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 4 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | Vixen | 12/10/2017 06:50:27 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 5 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | Vixen | 07/31/2018 04:40:21 | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 6 | 0643DF6F442844DD750D65EC5EDEF80C28194CC4 | Blacked Raw | 01/03/2018 07:37:53 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 7 | 06ADAAE008A73FBCBD687BA836C1F9F9E29D4FCC | Vixen | 11/16/2017 04:52:26 | 11/15/2017 | 12/04/2017 | PA0002098032 |
| 8 | 07D621EEA74765FC0981567F5C7C895B053E76C3 | Vixen | 06/04/2017 04:45:01 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 9 | 07D85A4B9AB72638A2F0910B816744FD7871BD36 | Tushy | 12/31/2017 00:26:41 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 10 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | Tushy | 05/10/2017 05:44:08 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 11 | 0AC91C9EC33B89F3F34C74B82B0F5475D6CADF38 | Blacked Raw | 06/27/2018 02:57:09 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 12 | 0DD3276F902204088B854E5F711DA30F5E893A61 | Vixen | 12/10/2017 11:24:42 | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 13 | 0ED1618079E29D4BB708465328D67B227B1AA795 | Vixen | 03/26/2018 08:07:46 | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 14 | 0F45BB6442A36F52A9E5F4B7ECFA9D461091B278 | Vixen | 08/14/2018 21:39:22 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 15 | 0F481D263C76E13CC19712714D2EB6C9BF29A173 | Blacked Raw | 07/17/2018 02:41:59 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 16 | 1107E7EB779285617620C4C2EA293192E40667D7 | Vixen | 06/11/2018 06:08:01 | 06/08/2018 | 07/14/2018 | PA0002128445 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 1259629B7BC4EDFE7335E9B60985FF6BC4CE2796 | Blacked | 12/30/2017 22:48:01 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 18 | 13F8B657984BB039924814A1A97078E76113ADE6 | Blacked | 03/22/2018 06:44:14 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 19 | 154B4A69FFE2BB86ED95D4CCCF1E2B95252B7179 | Tushy | 07/15/2018 21:35:03 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 20 | 17132995D1EBE0F2361F9EEB998C6DE850DE46DE | Blacked | 07/05/2018 22:25:34 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 21 | 17BF15EC3D53412E81C27027F379A0E1884268A5 | Tushy | 02/04/2018 04:23:32 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 22 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | Blacked | 05/16/2017 06:43:07 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 23 | 1B81D3B72BF7076FFB7BACB005CF7907B35B1A70 | Blacked Raw | 12/30/2017 23:39:15 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 24 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | Blacked | 09/08/2017 04:47:58 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 25 | 1C64D0485E3ABF83783CEC98212AD2D54FEAC676 | Tushy | 08/31/2018 06:08:13 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 26 | 1CE0877EA14BF334E6F45EE282DC043CA687769C | Tushy | 08/20/2017 06:55:25 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 27 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/14/2018 23:55:09 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 28 | 1F93E1813574FF9ED7DE428E274DA9BB43405B3A | Tushy | 09/18/2017 23:04:40 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 29 | 223F58B305FE0F899BAA44D19F0AB37ADEBF7D52 | Blacked | 09/13/2018 05:38:53 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 30 | 228CEAE1221ED9D9DD73CB0CBDF21E1D3136C8C1 | Blacked Raw | 02/04/2018 04:23:52 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 31 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 05/20/2017 19:22:51 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 32 | 245E7595EAF9BD032DBBCC7121C46D91F6011AA6 | Tushy | 06/05/2018 23:00:34 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 33 | 295A05A664DE1E858CF8837D08EE731BA0BFEF92 | Tushy | 07/01/2018 02:57:15 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 34 | 2A5AF5670D64681A557232867086A29F08E5FB63 | Blacked | 03/27/2018 01:21:55 | 03/26/2018 | 04/12/2018 | PA0002091525 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 2A605A06D26DD7077ED45EBD649947BA09AAD98D | Tushy | 08/10/2018 04:51:12 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 36 | 2A6509FEA47222250510958EA5C4731EB3FEDDE3 | Blacked | 09/23/2017 17:40:32 | 09/22/2017 | 10/10/2017 | PA0002057455 |
| 37 | 2A9EB4CB94DA8143E1E124173B81EC6943BD219A | Tushy | 09/24/2017 05:58:03 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 38 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/11/2018 05:54:16 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 39 | 2B47AB1AC715202A682205DE2386E9131256D398 | Blacked | 01/30/2018 08:08:47 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 40 | 2C1CDFED526B8834B75901F8F2B21B3633B2C8F8 | Tushy | 01/07/2018 08:50:35 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 41 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 08/15/2017 02:35:42 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 42 | 2F6258BB7B48F9EB6A4094405C628E6AC96D898F | Tushy | 09/28/2018 20:33:09 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 43 | 2FE53E644E8CCD219F82C3BDE649AF6DA5FC1BC9 | Blacked | 12/30/2017 23:28:31 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 44 | 30DA489597F6D7CBEA57C6287564FA8325DBC4F8 | Blacked Raw | 06/17/2018 16:58:26 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 45 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/07/2018 00:25:21 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 46 | 345D3FDCD0AB6DD16BE723CFCF7AE5B7B7BDD4E4 | Blacked | 03/26/2018 05:23:59 | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 47 | 3536507E3B6853879478882B049F4B3D61BDC807 | Vixen | 01/30/2018 08:10:02 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 48 | 3595316CCA479043472C8512B52F63F047E77C58 | Tushy | 04/13/2018 07:27:30 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 49 | 363F883465ADC6B11D45772C3AEF8E932E3BFF73 | Tushy | 08/07/2017 06:06:45 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 50 | 37440CD1F4DD80A2187A58E0C31892DCE01FA6F8 | Blacked Raw | 09/30/2018 19:46:08 | 09/29/2018 | 11/01/2018 | 17093717843 |
| 51 | 380BEF99349FCD39014E5500440BF20CDAA3EB24 | Blacked Raw | 01/23/2018 07:10:25 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 52 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | Vixen | 07/03/2018 07:10:49 | 05/09/2018 | 06/19/2018 | PA0002126667 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 3D053805CCD7FD3E623BC505E427299B900CCC27 | Blacked Raw | 05/06/2018 00:19:50 | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 54 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 03/26/2018 08:24:16 | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 55 | 4160304E5E5C6B7FE454DC8B9882041D45D39F4B | Tushy | 06/22/2017 01:19:42 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 56 | 423038046264574BA54907E992EE95DF1AC8F53C | Blacked | 12/31/2017 00:37:26 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 57 | 437A365815BBF149F88F81185757E9329264CDE2 | Blacked Raw | 02/12/2018 08:58:30 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 58 | 440B3C99B265629AEFD4421127FAE107AD8A54CC | Vixen | 03/26/2018 06:14:21 | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 59 | 450BF9E0938225411862819CF362767C314B55CD | Blacked | 01/06/2018 08:08:42 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 60 | 48F0D5FBC0D37A6E170636BCB41E5C01D08284A4 | Vixen | 08/18/2017 04:26:21 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 61 | 4AD50A8F8ADCFF8C7D20BC5E06C3639FB3032212 | Vixen | 07/31/2018 04:22:08 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 62 | 4B7D7B6A92D5CA6940A7C12173B44A4B3D0D5D9E | Tushy | 07/11/2018 23:05:31 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 63 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 07/08/2018 03:28:38 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 64 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 10/25/2017 17:01:22 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 65 | 4FBB2DAE667D46DDB9DA2ABC4CF931953CC20ABC | Blacked | 06/05/2018 05:53:37 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 66 | 503609CB112D245C672078EBE671DE7B59146FCC | Blacked | 08/14/2017 05:08:34 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 67 | 507E516DB1F7ED8BD291E77C7E357FDF30E3F23A | Blacked | 08/14/2018 18:37:02 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 68 | 55013B7D1DFC88C02CE9275E239C51576ECBBA21 | Tushy | 02/06/2018 09:10:11 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 69 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | Blacked | 03/26/2018 16:43:59 | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 70 | 5955C785662CE4EC3BC025F530BA0552003C19A3 | Tushy | 10/05/2017 06:52:40 | 10/03/2017 | 10/10/2017 | PA0002086147 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 5A7C78CF88CD25789E9A7A55AE43ECDFA52D5A82 | Blacked Raw | 08/21/2018 04:25:09 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 72 | 5D4CD9F0E22408F6358433772065C4ACD903FC9C | Blacked | 09/18/2017 06:43:55 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 73 | 5D9F928A0B3ABCCDCED5FA4D82D5F65F3F3E5FFB | Vixen | 07/31/2017 19:18:00 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 74 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | Tushy | 06/11/2018 06:07:59 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 75 | 60617F1144AB1DDF908014FF78533E91D7514839 | Tushy | 01/22/2018 06:52:51 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 76 | 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF | Blacked | 06/22/2017 01:59:05 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 77 | 619087AA4E381BBC04622FC4EE16026B149D8B62 | Tushy | 03/08/2018 07:59:58 | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 78 | 61E47222799DBCF3ABDC038DD772C06128BC4E31 | Blacked | 10/08/2018 04:18:31 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 79 | 62CC3935B7FC860B01E6FE26EE9DD4F07D7722A7 | Vixen | 10/17/2017 03:51:20 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 80 | 64B7A1F1B3732D5683AA4FFCC5B65BC46CBDE5F3 | Blacked Raw | 04/08/2018 00:20:37 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 81 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | Blacked | 05/22/2018 00:23:27 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 82 | 684AA38B6767DCA020F9D564D25B1A2B9A57E102 | Tushy | 02/12/2018 09:03:15 | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 83 | 68661CD1EE1348C45DC3065FE720C0C5DB7F5370 | Tushy | 11/25/2017 07:39:06 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 84 | 69E72ABE314CFEA2C9AC05B26B88CD659C98D329 | Blacked | 07/23/2018 06:30:26 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 85 | 6AB63175F1EEC028203EEB538462E20F68F425BA | Vixen | 05/15/2018 00:22:01 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 86 | 6B8CEE6C31BE723DE9BC83B75BA5883943B69CAD | Vixen | 11/11/2017 21:01:21 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 87 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/20/2017 00:03:17 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 88 | 719DFEEFE44D4F5542BD2BCEAA73D7096DD3F340 | Blacked | 07/31/2018 04:04:14 | 07/29/2018 | 09/05/2018 | PA0002135679 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | 7264A716272EDC2458E319FE2CF0D79F3555F8DF | Blacked Raw | 10/15/2018 19:55:58 | 10/14/2018 | 11/01/2018 | 17093717793 |
| 90 | 7353ED9F41626B8991109849D8088558206CCFD0 | Vixen | 01/19/2018 22:15:52 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 91 | 73F4B1D5EC7F251A7C2948DF976F5DC12983EE0C | Tushy | 03/26/2018 08:09:19 | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 92 | 761FDAE7BA88E7455F875AF313DB0BC926429E95 | Tushy | 07/02/2017 18:53:46 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 93 | 76643D3E3E7CE8687DD1596C2359DD458143381D | Vixen | 09/29/2017 19:15:15 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 94 | 79098F0FC4A2C22A71FE6970D926E2E98816927F | Vixen | 10/10/2017 06:10:44 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 95 | 7973F42423509A2388A584BF4C868BA6DC95FF13 | Tushy | 05/14/2017 01:17:07 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 96 | 7A1551B9C87003EB6002EC500FBE59AAF1A921E3 | Vixen | 04/25/2018 06:52:00 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 97 | 7A2AE90A9B82962BD337CF3CFEBECCA891546447 | Tushy | 12/03/2017 08:44:02 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 98 | 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5 | Blacked | 05/06/2018 00:45:38 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 99 | 7CE6FEADBBC2BB102D5485BFFDD47F428E69B9D0 | Vixen | 08/27/2017 22:50:51 | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 100 | 7E9E85D7C2B38570E8EDBD8E0EE7E6F56DE1D6D8 | Tushy | 08/11/2018 06:27:33 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 101 | 7FE462AAD56BDEAEE096DE1B2A66D6E90FFA8FCE | Blacked Raw | 02/04/2018 09:31:59 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 102 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/27/2018 03:54:17 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 103 | 826F1F82AF8542FF421767D258E55164D5538C43 | Blacked | 02/04/2018 05:22:28 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 104 | 82CFE888A0B2294E22FE65EEA71618E9726E1E11 | Vixen | 08/05/2018 21:34:40 | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 105 | 86441CC132531275ADC5F894C2663FFBF17AD3D7 | Blacked Raw | 01/18/2018 07:44:24 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 106 | 8703602C827F124AA8881C84E1A53A891858B22F | Tushy | 12/30/2017 07:41:01 | 12/12/2017 | 01/04/2018 | PA0002069349 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | 872E2DEE776ADD745E11B92B5B19762FC586535C | Tushy | 09/23/2018 23:10:39 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 108 | 8737D7D0823BFF5EE9801800DA9E329821895E31 | Blacked | 08/29/2017 05:31:38 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 109 | 87B8B690CA170CEBEA67BF5FD44E2EA98D37CD35 | Vixen | 08/28/2018 04:18:43 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 110 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 06/06/2017 07:59:36 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 111 | 8AD4B241180853A56EF25F7FEFE3F73F9A6EA01B | Vixen | 06/15/2017 23:04:37 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 112 | 8B485D3BC757FA33771C1D20346E7B9176C929B7 | Tushy | 10/10/2017 03:08:19 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 113 | 8B6C0A3E0EF068BEF48FDCE92C7086ED1C13C8B4 | Tushy | 11/18/2017 07:13:32 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 114 | 8B6E2266DC9380666C32264DCE23B023C085BD5D | Vixen | 07/05/2018 23:28:55 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 115 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | Blacked | 04/13/2018 07:29:16 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 116 | 8D59D2FF399FEF64B7DF0A0C5CE0A2FB593DAC6B | Blacked | 04/26/2018 07:11:05 | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 117 | 8F4E37E3BD9A42828EF0FE17981DC838A0F59EE8 | Vixen | 10/11/2018 20:20:18 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 118 | 8FB4D5F416E7821AA082D143F6EB289B4DA2238A | Vixen | 02/09/2018 04:12:29 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 119 | 91872F94F5DF56BE34D9615D142F5BF86E6F91C8 | Blacked | 01/22/2018 07:08:51 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 120 | 9721A32E2CBD9B2BF2CB77378E346C80620F83E4 | Vixen | 09/08/2017 04:55:42 | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 121 | 98BECB3372986576EBCF4CC26CC6544609C1DB89 | Blacked | 06/03/2017 19:26:07 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 122 | 9B1D4E6EDB376127974B73030DAF596A03F134ED | Tushy | 10/19/2017 21:49:04 | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 123 | 9DF492A32B162B9255FBF97DAB49227C0DDCCEFF | Tushy | 01/17/2018 07:46:44 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 124 | A20663D7352E7CB123646C56953D70B4B1A9DB27 | Blacked Raw | 05/22/2018 00:12:51 | 05/17/2018 | 06/19/2018 | PA0002126644 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 125 | A21F7D66D9EFCCE1456308D5CB2EDBEDB9646162 | Blacked Raw | 09/26/2018 05:36:08 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 126 | A280A50DB302CE517440FBCA518F88D5EE193649 | Blacked | 07/31/2018 05:01:43 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 127 | A2C87322636F63116A37FF787A2288CF1B784CC7 | Vixen | 09/13/2017 22:47:44 | 09/11/2017 | 09/15/2017 | PA0002052839 |
| 128 | A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7 | Vixen | 04/13/2018 05:57:13 | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 129 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 01/15/2018 07:42:11 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 130 | A4A91DD53AF67964A8AC6AE12AF54A5473EC75EE | Vixen | 03/08/2018 08:02:19 | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 131 | A52D39781CC99688FE5018CE33112888507339E3 | Vixen | 01/05/2018 07:15:52 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 132 | A5DA8214010955397B2ABE2FF43E286E4748056D | Blacked Raw | 07/06/2018 22:24:14 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 133 | A879CACFB8F525CF1CC9A7A878E8DCE64C0F87F6 | Tushy | 10/10/2017 06:56:17 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 134 | A9DA66C041311E27ECB9D06990E2AEA7C54CEBBB | Blacked Raw | 12/30/2017 22:31:03 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 135 | A9FF16CDC03C1B6ED730F17446185E2DDDDC0812 | Blacked Raw | 09/11/2018 00:01:06 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 136 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/21/2017 03:10:48 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 137 | ABA6679BF8559143B35AA698BFA5B209D499EE98 | Tushy | 01/30/2018 08:08:07 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 138 | ABECAF7E8C876557EE563405A3740B385FF59DC9 | Blacked | 11/07/2017 06:09:10 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 139 | ABF003EBA1BC27ADB34F0CE45FC0117B27772E1C | Tushy | 01/01/2018 21:37:11 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 140 | ADA225A2E7909E43E664DEADF9D76320BAFA9503 | Vixen | 09/02/2017 07:04:27 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 141 | AE018081CC4330DF8B60E8A2FAC0D579A38C985A | Vixen | 08/23/2018 00:07:45 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 142 | B19B93DB09831B689DCE952279C7C66D5570B910 | Blacked | 09/23/2018 04:34:46 | 09/22/2018 | 11/01/2018 | 17094105381 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 143 | B27544ACC603A3053027DAE34A441054A855CD59 | Vixen | 03/22/2018 06:16:50 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 144 | B2CC6C343394C4F50E5CFE3B97F6FD3CCA7A7DB7 | Blacked | 03/22/2018 06:10:39 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 145 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 04/13/2018 07:27:54 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 146 | B35A53A2DD4F7924ABE98E6F24803E7B9CE0FC34 | Blacked | 11/11/2017 21:22:32 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 147 | B48F74F303DFEFFA58AF3F8FB8007764EE5E02E7 | Vixen | 10/15/2017 00:38:13 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 148 | BA107630EA68CCF18D690A0A50B1823E6247BCAC | Blacked | 11/17/2017 05:29:23 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 149 | BA7D912E9221CC868E5BCB82637D87A57EFBFF7D | Tushy | 10/14/2018 04:36:29 | 10/13/2018 | 11/01/2018 | 17094105231 |
| 150 | BBC762F1A38D259FA0644AF845ADC620B6F493A6 | Blacked | 02/06/2018 09:30:11 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 151 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 08/05/2018 21:37:38 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 152 | BD633D05743A426AA5861AB650B812AD46D13FEC | Blacked Raw | 11/19/2017 22:45:34 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 153 | BE8008843ED020768FA42F16F33458E623A3DF2C | Blacked | 11/02/2017 00:12:19 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 154 | C0892F5A35C6C4F1739F8DE541C56F9CCAE8D846 | Blacked | 08/31/2018 06:25:29 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 155 | C12AF89E76CCEDE6B871A23618CE329892855BB8 | Tushy | 09/04/2018 22:34:10 | 09/03/2018 | 11/01/2018 | 17094105281 |
| 156 | C12BC7461D406072BEB6FCD93A86CB1656B7242E | Blacked | 10/13/2018 06:21:22 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 157 | C1BE31F7D65F73871C6AA4150291DC6982E790F1 | Tushy | 08/20/2018 00:29:29 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 158 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 06/26/2017 16:46:27 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 159 | C4D547831620292BAA2C18F6B30D7D0228151536 | Blacked Raw | 08/05/2018 21:05:47 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 160 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | Tushy | 08/12/2017 06:19:04 | 08/09/2017 | 08/17/2017 | PA0002077673 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 161 | C7FDB4D8F863F6A8ED3A9B43299FD16C3911DC30 | Blacked Raw | 08/05/2018 21:42:26 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 162 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/16/2017 06:20:19 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 163 | CA2BD24A9E144AAC283890A9F9FBF3997F62FF7D | Blacked Raw | 03/26/2018 19:07:17 | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 164 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/18/2018 22:48:09 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 165 | CEA6272249B1E8E175009D1C0C4F32CC22297A5D | Vixen | 10/27/2017 02:27:07 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 166 | D09B2639461B949415E16C864354829909E59637 | Vixen | 05/16/2017 07:11:27 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 167 | D300181BC03F38C50830235CA4E005C5EE0E88A9 | Blacked Raw | 12/30/2017 23:02:16 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 168 | D34EF3047B13D7289F9003A310CF01DE83D6ADD5 | Blacked Raw | 09/19/2018 23:53:26 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 169 | D4E2A854B0814D717B082BDE84BDE04FC1FEA8E9 | Blacked | 09/13/2017 22:42:43 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 170 | D61D660EFFF062A22636BD566F09DA817B3DCF26 | Blacked Raw | 03/23/2018 06:04:53 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 171 | D6CD54844CC7FCEE74708D49E8BC63E23095F77D | Vixen | 06/29/2018 07:48:45 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 172 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 04/08/2018 00:11:00 | 04/04/2018 | 04/17/2018 | PA0002116740 |
| 173 | D828BBA8BBF14FD22525B35A2EA0430881025DBE | Blacked Raw | 12/30/2017 07:35:17 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 174 | DC534C39915DB91354BDB59D68CF5801FA94489E | Blacked | 08/18/2018 22:53:38 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 175 | DD25D5793D9B4E6B233443D51BBBAB888FCC9FF8 | Vixen | 05/10/2017 05:39:15 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 176 | DD77C5008AAE485F89439B9B89EB1B92D8617620 | Blacked | 11/27/2017 07:41:58 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 177 | DF9CBA130CD5EE1CAD422EF89F1F0596026E4999 | Blacked | 01/12/2018 07:20:41 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 178 | DFE186BEDAA84CD072E3081F3C41A1523068EC62 | Blacked | 02/12/2018 08:57:45 | 02/09/2018 | 03/02/2018 | PA0002104745 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 179 | E17386891F4078C6AF9BBADEF01DEA189F76D095 | Tushy | 09/13/2017 23:07:31 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 180 | E180A64C46C7FCDDC311D1A51F231341134AF9D6 | Blacked | 01/16/2018 07:35:20 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 181 | E48665E26ACE2AC908A80B030E5B02682277F35C | Blacked Raw | 01/09/2018 02:01:41 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 182 | E4AEFA16D44D4646EEDC6AF5593ABC709CBDD47D | Vixen | 07/23/2018 06:30:54 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 183 | E5FBACD5FB5328A95AE74FEDCAD2F325C3E51215 | Vixen | 12/30/2017 22:50:32 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 184 | E6990CFF6229E49B81BC517342C9EB350EE10FB3 | Blacked | 08/05/2018 21:07:36 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 185 | EA709577A8FFDC2109C04A9DFA54759ADF8CE9AB | Blacked Raw | 06/08/2018 06:20:21 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 186 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | Blacked | 11/25/2017 08:29:19 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 187 | EC3924945850987D7D12FB148DC4FE82F95A01A7 | Blacked Raw | 10/09/2018 23:15:36 | 10/09/2018 | 11/01/2018 | 17093717943 |
| 188 | ECFDC6E83738ED620260F4DA3A24F73DA3F1A063 | Tushy | 11/08/2017 07:07:22 | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 189 | EE7B431D4EF0439F713DA25D5DE5094C4F92B6C9 | Vixen | 10/23/2017 04:52:33 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 190 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | Tushy | 06/27/2018 03:10:30 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 191 | F4D697D4CD5A5F484EB93A61F939FD0A7CC52A1F | Blacked | 07/02/2017 19:18:04 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 192 | F7A1C47732223661EE6488DD9ED980E6705D7179 | Tushy | 06/03/2017 19:46:50 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 193 | F7A81E8DA7A75EC38C99174456BFC968C0FC6376 | Blacked Raw | 03/24/2018 07:03:29 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 194 | F81796840E75221C994ED330199057C6E8BE0C2D | Blacked Raw | 08/27/2018 07:11:04 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 195 | FC20A4C3CF2AD75B0D5683C73C6D5EE891B4495E | Blacked | 07/16/2017 06:41:05 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 196 | FC49088DCF96EA919534CD23FD2725E5D888132C | Vixen | 10/02/2017 06:09:22 | 10/01/2017 | 10/10/2017 | PA0002086155 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 197 | FC6C3F4348C53D3DC1DDD5949FAF4EB3399C6363 | Tushy | 05/11/2018 22:42:15 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 198 | FD94F66DD045FAE1B735ACF2E56118445ECDB9B6 | Blacked | 05/11/2018 22:49:23 | 05/10/2018 | 05/24/2018 | PA0002101376 |